# Exhibit 2

| US7613919B2 | CyberArk Workforce Password Management ("The accused product") |
|---|---|
| 13. At a service provider in a computerized environment that includes a client, a service provider, and an authentication service, a method of the service provider authenticating the client through a one-time password previously exchanged between the authentication service and the client, the method comprising the service provider performing acts of: | The accused product discloses, at a service provider (e.g., the accused product) in a computerized environment that includes a client (e.g., a user of the accused product), a service provider (e.g., the accused product), and an authentication service (e.g., a multi-factor authentication service), a method of the service provider (e.g., the accused product) authenticating the client (e.g., a user of the accused product) through a one-time password (e.g., secure key) previously exchanged between the authentication service (e.g., a multi-factor authentication service) and the client (e.g., a user of the accused product).<br><br>The accused product allows a user to create its account on the platform of the accused product. It implements two-factor authentication for secure access to the user account. The two-factor authentication process requires a client such as CyberArk Identity web app, etc., a service provider, an authenticator app and an authentication service.<br><br><br>https://www.cyberark.com/products/workforce-password-management/ |



https://docs.cyberark.com/wpm/latest/en/content/videos/video-library-users.htm

| Use TOTP for two-factor authentication | Access applications using a time-based one-time password (TOTP). |

https://docs.cyberark.com/wpm/latest/en/content/userportal/manage-credentials.htm

# Enable time-based one-time passwords (TOTP) for two-factor authentication

This topic describes how to enable TOTP, a time-based password in Workforce Password Management. A TOTP password is valid for one use and must be used within a limited timeframe. TOTP passwords can be used to access:

· User-added applications

· Secured passwords

· Admin-added web applications that are configured for single sign-on (SSO) and require a user password

The applications and secured passwords must be configured to require two-factor authentication.

https://docs.cyberark.com/wpm/latest/en/content/coreservices/authenticate/totpconfig.htm

Configure in User Portal | **Configure in mobile app**

1. Open the CyberArk mobile app on your phone.

2. Go to the application tile in the app or in the User Portal and open the **Application Settings** menu.

3. Enter your username and password.

4. You need to add the authentication key to the application. In the **Application Settings** dialog box, tap **+Add**, then tap **Scan QR Code** to scan the QR code in the application or **Enter key** to enter the authentication key manually (or copy and paste if the application is on your phone).

   The app generates a TOTP code in the **Verification Code** field.

5. In the application, enter the TOTP code in **Verification Code** field. (Different applications might use slightly different terminology.)

6. In the application, tap or click **Save**.

The application is configured and you can use TOTP in the User Portal or on the CyberArk mobile app to access this application.

https://docs.cyberark.com/wpm/latest/en/content/userportal/enabletotp.htm



https://docs.cyberark.com/wpm/latest/en/content/videos/video-library-users.htm



https://docs.cyberark.com/identity/latest/en/content/userportal/multiauth.htm

# Use the Mobile Authenticator

CyberArk Identity uses your device notification service to send your device a passcode when you choose Mobile Authenticator as your additional authentication method. You can use either the passcode or the CyberArk Identity mobile app to complete the authentication process.

You must have the "Show notifications" device setting enabled to use your device notification for authentication. If this feature is not turned on, you use the CyberArk Identity mobile app to authenticate with Mobile Authenticator.

https://docs.cyberark.com/identity/latest/en/content/userportal/mobileauth.htm

As shown below, when the user registers for two-factor authentication, the accused product, i.e., the service provider, requests an authentication service to register the user using its

|  | information such as email, phone number, etc. The authentication service registers the user and generates an identifier (e.g., authentication service identifier) and a URI with a secure key (e.g., one-time password). The authentication service stores the secure key along with the identifier (e.g., authentication service identifier) generated for the user. The user stores the secure key received through the URI, using an authenticator application.<br><br>Further, when the user wants to log in to the platform of the accused product, i.e., the service provider, it provides an authentication code derived from the secure key (e.g., one-time password) along with its login credentials. The service provider verifies the login credentials and forwards the authentication code to the authentication service. The authentication service checks the authentication code derived from the secure key and verifies it against the stored secure key for the user. The authentication service informs the service provider of the validation results, and upon confirmation, provides the identifier (e.g., authentication service identifier) stored for the user. The service provider, upon receiving the confirmation response, grants access to the user. |



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

- **Authentication Server:** Manages user accounts and validates credentials

- **TOTP Generator Service:** Handles time-based code generation and validation

- **Client Application:** Simulates the authenticator app experience

- **Database Layer:** Stores user data and connection information securely

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

**User Registration and Secret Generation**

When a user creates an account, several important security measures are put in place:

```
var realUser = new User
{
    Email = user.Email,                                        client moniker
    Password = user.Password,
    Name = user.Name,
    ActivationKey = Base32Encoding.ToString(KeyGeneration.GenerateRandomKey(20))
    Active = 1,
    SignedIn = 0,
    SignedInValidated = 0                Password
};
```

The `ActivationKey` is the cornerstone of our 2FA system. This randomly generated 20-byte key serves as the shared secret between our server and the user's authenticator app. Both sides use this same key to generate identical TOTP codes, ensuring synchronization.

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Creating a new connection

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Stage 1 - User enables two-step authentication service

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/

## Stage 1

Steps 1 and 2: Bob opens the web page to enable two-step verification. The front end requests a secret key. The authentication service generates the secret key for Bob and stores it in the database.

Step 3: The authentication service returns a URI to the frontend. The URI is composed of a key issuer, username, and secret key. The URI is displayed in the form of a QR code on the web page.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-

| | |
|---|---|
| | [authenticators-work/](#)<br><br>**Stage 2**<br><br>Steps 1 and 2: Bob wants to log into a website with Google two-step verification. For this, he needs the password. Every 30 seconds, Google Authenticator generates a 6-digit password using the TOTP (Time-based One Time Password) algorithm. Bob uses the password to enter the website.<br><br>Steps 3 and 4: The frontend sends the password Bob enters to the backend for authentication. The authentication service reads the secret key from the database and generates a 6-digit password using the same TOTP algorithm as the client.<br><br>Step 5: The authentication service compares the two passwords generated by the client and the server, and returns the comparison result to the frontend. Bob can proceed with the login process only if the two passwords match.<br><br>https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/ |
| the service provider associating a prior authentication service identifier for the client with a prior service provider identifier for the client; | The accused product discloses the service provider (e.g., the accused product) associating a prior authentication service identifier (e.g., an identifier) for the client (e.g., a user of the accused product) with a prior service provider identifier (e.g., login credentials such as email, phone number, etc.) for the client (e.g., a user of the accused product).<br><br>The accused product allows a user to create its account on the platform of the accused product. It implements two-factor authentication for secure access to the user account. The two-factor authentication process requires a client such as CyberArk Identity web app, etc., a service provider, an authenticator app and an authentication service. |



https://docs.cyberark.com/wpm/latest/en/content/videos/video-library-users.htm

| Use TOTP for two-factor authentication | Access applications using a time-based one-time password (TOTP). |
| --- | --- |

https://docs.cyberark.com/wpm/latest/en/content/userportal/manage-credentials.htm

# Enable time-based one-time passwords (TOTP) for two-factor authentication

This topic describes how to enable TOTP, a time-based password in Workforce Password Management. A TOTP password is valid for one use and must be used within a limited timeframe. TOTP passwords can be used to access:

- User-added applications

- Secured passwords

- Admin-added web applications that are configured for single sign-on (SSO) and require a user password

The applications and secured passwords must be configured to require two-factor authentication.

https://docs.cyberark.com/wpm/latest/en/content/coreservices/authenticate/totpconfig.htm

Configure in User Portal | **Configure in mobile app**

1. Open the CyberArk mobile app on your phone.

2. Go to the application tile in the app or in the User Portal and open the **Application Settings** menu.

3. Enter your username and password.

4. You need to add the authentication key to the application. In the **Application Settings** dialog box, tap **+Add**, then tap **Scan QR Code** to scan the QR code in the application or **Enter key** to enter the authentication key manually (or copy and paste if the application is on your phone).

   The app generates a TOTP code in the **Verification Code** field.

5. In the application, enter the TOTP code in **Verification Code** field. (Different applications might use slightly different terminology.)

6. In the application, tap or click **Save**.

The application is configured and you can use TOTP in the User Portal or on the CyberArk mobile app to access this application.

https://docs.cyberark.com/wpm/latest/en/content/userportal/enabletotp.htm



https://docs.cyberark.com/wpm/latest/en/content/videos/video-library-users.htm

**Authentication mechanisms**

| Authentication mechanism | How to respond |
|---|---|
| **Something you have** | |
| Mobile Authenticator | Use either the Mobile Authenticator option in CyberArk Identity application or your device's notification service. See Use the Mobile Authenticator for the details. |
| Phone call | Answer the call to the phone number indicated and follow the instructions. |

https://docs.cyberark.com/identity/latest/en/content/userportal/multiauth.htm

## Use the Mobile Authenticator

CyberArk Identity uses your device notification service to send your device a passcode when you choose Mobile Authenticator as your additional authentication method. You can use either the passcode or the CyberArk Identity mobile app to complete the authentication process.

You must have the "Show notifications" device setting enabled to use your device notification for authentication. If this feature is not turned on, you use the CyberArk Identity mobile app to authenticate with Mobile Authenticator.

https://docs.cyberark.com/identity/latest/en/content/userportal/mobileauth.htm

As shown below, when the user registers for two-factor authentication, the accused product, i.e., the service provider, requests an authentication service to register the user using its

information such as email, phone number, etc. The authentication service registers the user and generates an identifier (e.g., authentication service identifier) and a URI with a secure key (e.g., one-time password). The authentication service stores the secure key along with the identifier (e.g., authentication service identifier) generated for the user. The user stores the secure key received through the URI, using an authenticator application.



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

- **Authentication Server:** Manages user accounts and validates credentials

- **TOTP Generator Service:** Handles time-based code generation and validation

- **Client Application:** Simulates the authenticator app experience

- **Database Layer:** Stores user data and connection information securely

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

**User Registration and Secret Generation**

When a user creates an account, several important security measures are put in place:

```
var realUser = new User
{
    Email = user.Email,                                          client moniker
    Password = user.Password,
    Name = user.Name,
    ActivationKey = Base32Encoding.ToString(KeyGeneration.GenerateRandomKey(20))
    Active = 1,
    SignedIn = 0,
    SignedInValidated = 0                Password
};
```

The `ActivationKey` is the cornerstone of our 2FA system. This randomly generated 20-byte key serves as the shared secret between our server and the user's authenticator app. Both sides use this same key to generate identical TOTP codes, ensuring synchronization.

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Creating a new connection

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



```
Step 1: Create an Authy User

1  # Download the SDK from https://github.com/twilio/authy-python
2  from authy.api import AuthyApiClient
3
4  # Your API key from twilio.com/console/authy/applications
5  # DANGER! This is insecure. See https://twil.io/secure
6  authy_api = AuthyApiClient('api_key')
7
8  user = authy_api.users.create(
9      email='new_user@example.com',       Client moniker
10     phone='405-342-5699',
11     country_code=57)
12
13 if user.ok():
14     print user.id
15     # user.id is the `authy_id` needed for future requests
16 else:
17     print user.errors()       Authentication service identifier
```

https://www.twilio.com/docs/authy/api



Stage 1 - User enables two-step authentication service

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/

## Stage 1

Steps 1 and 2: Bob opens the web page to enable two-step verification. The front end requests a secret key. The authentication service generates the secret key for Bob and stores it in the database.

Step 3: The authentication service returns a URI to the frontend. The URI is composed of a key issuer, username, and secret key. The URI is displayed in the form of a QR code on the web page.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-

| | authenticators-work/ |
|---|---|
| the service provider receiving from the client a service provider identifier for the client and a one-time password from the client to use in authenticating the client through the authentication service, wherein the authentication service sent the one-time password to the client in exchange for a client moniker; | The accused product discloses the service provider (e.g., the accused product) receiving from the client a service provider identifier (e.g., login credentials such as email, phone number, etc.) for the client (e.g., a user of the accused product) and a one-time password (e.g., secure key) from the client (e.g., a user of the accused product) to use in authenticating the client (e.g., a user of the accused product) through the authentication service, wherein the authentication service sent the one-time password (e.g., secure key) to the client (e.g., a user of the accused product) in exchange for a client moniker (e.g., client information such as email, phone, etc.).<br><br>The accused product allows a user to create its account on the platform of the accused product. It implements two-factor authentication for secure access to the user account. The two-factor authentication process requires a client such as CyberArk Identity web app, etc., a service provider, an authenticator app and an authentication service. |



https://docs.cyberark.com/wpm/latest/en/content/videos/video-library-users.htm

| Use TOTP for two-factor authentication | Access applications using a time-based one-time password (TOTP). |
|---|---|

https://docs.cyberark.com/wpm/latest/en/content/userportal/manage-credentials.htm

# Enable time-based one-time passwords (TOTP) for two-factor authentication

This topic describes how to enable TOTP, a time-based password in Workforce Password Management. A TOTP password is valid for one use and must be used within a limited timeframe. TOTP passwords can be used to access:

· User-added applications

· Secured passwords

· Admin-added web applications that are configured for single sign-on (SSO) and require a user password

The applications and secured passwords must be configured to require two-factor authentication.

https://docs.cyberark.com/wpm/latest/en/content/coreservices/authenticate/totpconfig.htm

Configure in User Portal | **Configure in mobile app**

1. Open the CyberArk mobile app on your phone.

2. Go to the application tile in the app or in the User Portal and open the **Application Settings** menu.

3. Enter your username and password.

4. You need to add the authentication key to the application. In the **Application Settings** dialog box, tap **+Add**, then tap **Scan QR Code** to scan the QR code in the application or **Enter key** to enter the authentication key manually (or copy and paste if the application is on your phone).

   The app generates a TOTP code in the **Verification Code** field.

5. In the application, enter the TOTP code in **Verification Code** field. (Different applications might use slightly different terminology.)

6. In the application, tap or click **Save**.

The application is configured and you can use TOTP in the User Portal or on the CyberArk mobile app to access this application.

https://docs.cyberark.com/wpm/latest/en/content/userportal/enabletotp.htm



https://docs.cyberark.com/wpm/latest/en/content/videos/video-library-users.htm



https://docs.cyberark.com/identity/latest/en/content/userportal/multiauth.htm

## Use the Mobile Authenticator

CyberArk Identity uses your device notification service to send your device a passcode when you choose Mobile Authenticator as your additional authentication method. You can use either the passcode or the CyberArk Identity mobile app to complete the authentication process.

You must have the "Show notifications" device setting enabled to use your device notification for authentication. If this feature is not turned on, you use the CyberArk Identity mobile app to authenticate with Mobile Authenticator.

https://docs.cyberark.com/identity/latest/en/content/userportal/mobileauth.htm

As shown below, when the user registers for two-factor authentication, the accused product, i.e., the service provider, requests an authentication service to register the user using its

|  | information such as email, phone number, etc. The authentication service registers the user and generates an identifier (e.g., authentication service identifier) and a URI with a secure key (e.g., one-time password). The authentication service stores the secure key along with the identifier (e.g., authentication service identifier) generated for the user. The user stores the secure key received through the URI, using an authenticator application.<br><br>Further, when the user wants to log in to the platform of the accused product, i.e., the service provider, it provides an authentication code derived from the secure key (e.g., one-time password) along with its login credentials. The service provider verifies the login credentials and forwards the authentication code to the authentication service. The authentication service checks the authentication code derived from the secure key and verifies it against the stored secure key for the user. The authentication service informs the service provider of the validation results, and upon confirmation, provides the identifier (e.g., authentication service identifier) stored for the user. The service provider, upon receiving the confirmation response, grants access to the user. |
| --- | --- |



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

- **Authentication Server:** Manages user accounts and validates credentials

- **TOTP Generator Service:** Handles time-based code generation and validation

- **Client Application:** Simulates the authenticator app experience

- **Database Layer:** Stores user data and connection information securely

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

**User Registration and Secret Generation**

When a user creates an account, several important security measures are put in place:

```
var realUser = new User
{
    Email = user.Email,
    Password = user.Password,
    Name = user.Name,
    ActivationKey = Base32Encoding.ToString(KeyGeneration.GenerateRandomKey(20))
    Active = 1,
    SignedIn = 0,
    SignedInValidated = 0
};
```

client moniker

Password

The `ActivationKey` is the cornerstone of our 2FA system. This randomly generated 20-byte key serves as the shared secret between our server and the user's authenticator app. Both sides use this same key to generate identical TOTP codes, ensuring synchronization.

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Creating a new connection

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Stage 1 - User enables two-step authentication service

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/

## Stage 1

Steps 1 and 2: Bob opens the web page to enable two-step verification. The front end requests a secret key. The authentication service generates the secret key for Bob and stores it in the database.

Step 3: The authentication service returns a URI to the frontend. The URI is composed of a key issuer, username, and secret key. The URI is displayed in the form of a QR code on the web page.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-

|  |  |
|---|---|
|  | [authenticators-work/](#)<br><br>**Stage 2**<br><br>Steps 1 and 2: Bob wants to log into a website with Google two-step verification. For this, he needs the password. Every 30 seconds, Google Authenticator generates a 6-digit password using the TOTP (Time-based One Time Password) algorithm. Bob uses the password to enter the website.<br><br>Steps 3 and 4: The frontend sends the password Bob enters to the backend for authentication. The authentication service reads the secret key from the database and generates a 6-digit password using the same TOTP algorithm as the client.<br><br>Step 5: The authentication service compares the two passwords generated by the client and the server, and returns the comparison result to the frontend. Bob can proceed with the login process only if the two passwords match.<br><br>[https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/](https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/) |
| the service provider verifying that the service provider identifier received from the client matches the prior service provider identifier, and represents a valid service provider identifier; | The accused product discloses the service provider (e.g., the accused product) verifying that the service provider identifier (e.g., login credentials such as email, phone number, etc.) received from the client (e.g., a user of the accused product) matches the prior service provider identifier (e.g., login credentials such as email, phone number, etc.) and represents a valid service provider identifier (e.g., login credentials such as email, phone number, etc.).<br><br>The accused product allows a user to create its account on the platform of the accused product. It implements two-factor authentication for secure access to the user account. A first factor of the two-factor authentication is the user login credentials such as email, password, phone, etc., which is validated at a service provider i.e., the accused product and a second factor is an authentication code derived from a secure key which is validated at an authentication service. |



https://docs.cyberark.com/wpm/latest/en/content/videos/video-library-users.htm

| Use TOTP for two-factor authentication | Access applications using a time-based one-time password (TOTP). |

https://docs.cyberark.com/wpm/latest/en/content/userportal/manage-credentials.htm

# Enable time-based one-time passwords (TOTP) for two-factor authentication

This topic describes how to enable TOTP, a time-based password in Workforce Password Management. A TOTP password is valid for one use and must be used within a limited timeframe. TOTP passwords can be used to access:

- User-added applications

- Secured passwords

- Admin-added web applications that are configured for single sign-on (SSO) and require a user password

The applications and secured passwords must be configured to require two-factor authentication.

https://docs.cyberark.com/wpm/latest/en/content/coreservices/authenticate/totpconfig.htm

Configure in User Portal | **Configure in mobile app**

1. Open the CyberArk mobile app on your phone.

2. Go to the application tile in the app or in the User Portal and open the **Application Settings** menu.

3. Enter your username and password.

4. You need to add the authentication key to the application. In the **Application Settings** dialog box, tap **+Add**, then tap **Scan QR Code** to scan the QR code in the application or **Enter key** to enter the authentication key manually (or copy and paste if the application is on your phone).

   The app generates a TOTP code in the **Verification Code** field.

5. In the application, enter the TOTP code in **Verification Code** field. (Different applications might use slightly different terminology.)

6. In the application, tap or click **Save**.

The application is configured and you can use TOTP in the User Portal or on the CyberArk mobile app to access this application.

https://docs.cyberark.com/wpm/latest/en/content/userportal/enabletotp.htm



https://docs.cyberark.com/wpm/latest/en/content/videos/video-library-users.htm



**Authentication mechanisms**

| Authentication mechanism | How to respond |
| --- | --- |
| **Something you have** | |
| Mobile Authenticator | Use either the Mobile Authenticator option in CyberArk Identity application or your device's notification service. See Use the Mobile Authenticator for the details. |
| Phone call | Answer the call to the phone number indicated and follow the instructions. |

https://docs.cyberark.com/identity/latest/en/content/userportal/multiauth.htm

# Use the Mobile Authenticator

CyberArk Identity uses your device notification service to send your device a passcode when you choose Mobile Authenticator as your additional authentication method. You can use either the passcode or the CyberArk Identity mobile app to complete the authentication process.

You must have the "Show notifications" device setting enabled to use your device notification for authentication. If this feature is not turned on, you use the CyberArk Identity mobile app to authenticate with Mobile Authenticator.

https://docs.cyberark.com/identity/latest/en/content/userportal/mobileauth.htm

| | |
|---|---|
| | Two-factor authentication (2FA), sometimes referred to as *two-step verification* or *dual-factor authentication*, is a security process in which users provide two different authentication factors to verify themselves.<br><br>2FA is implemented to better protect both a user's credentials and the resources the user can access. It's typically used as part of a broader effort to prevent data breaches and the potential loss of personal data.<br><br>Two-factor authentication provides a higher level of security than authentication methods that depend on single-factor authentication. With SFA, the user provides only one authenticating factor, typically a password or passcode. Two-factor authentication methods rely on a user providing a password as the first factor and a second factor that's different from the initial factor, usually either a security token or a biometric factor such as a fingerprint or facial scan.<br><br>https://www.techtarget.com/searchsecurity/definition/two-factor-authentication |
| the service provider sending the one-time password to the authentication service in order to receive a client authentication service identifier from the authentication | The accused product discloses the service provider sending the one-time password (e.g., secure key) to the authentication service in order to receive a client authentication service identifier from the authentication service and identifying that a received authentication service identifier for the client matches the prior authentication service identifier for the client associated with the service provider identifier for the client at the service provider.<br><br>The accused product allows a user to create its account on the platform of the accused product. It implements two-factor authentication for secure access to the user account. The two-factor authentication process requires a client such as CyberArk Identity web app, etc., a service provider, an authenticator app and an authentication service. |

| | |
|---|---|
| service; identifying that a received authentication service identifier for the client matches the prior authentication service identifier for the client associated with the service provider identifier for the client at the service provider. |  https://docs.cyberark.com/wpm/latest/en/content/videos/video-library-users.htm |
| | Use TOTP for two-factor authentication / Access applications using a time-based one-time password (TOTP). https://docs.cyberark.com/wpm/latest/en/content/userportal/manage-credentials.htm |

# Enable time-based one-time passwords (TOTP) for two-factor authentication

This topic describes how to enable TOTP, a time-based password in Workforce Password Management. A TOTP password is valid for one use and must be used within a limited timeframe. TOTP passwords can be used to access:

- User-added applications

- Secured passwords

- Admin-added web applications that are configured for single sign-on (SSO) and require a user password

The applications and secured passwords must be configured to require two-factor authentication.

https://docs.cyberark.com/wpm/latest/en/content/coreservices/authenticate/totpconfig.htm

Configure in User Portal    |    **Configure in mobile app**

1. Open the CyberArk mobile app on your phone.

2. Go to the application tile in the app or in the User Portal and open the **Application Settings** menu.

3. Enter your username and password.

4. You need to add the authentication key to the application. In the **Application Settings** dialog box, tap **+Add**, then tap **Scan QR Code** to scan the QR code in the application or **Enter key** to enter the authentication key manually (or copy and paste if the application is on your phone).

   The app generates a TOTP code in the **Verification Code** field.

5. In the application, enter the TOTP code in **Verification Code** field. (Different applications might use slightly different terminology.)

6. In the application, tap or click **Save**.

The application is configured and you can use TOTP in the User Portal or on the CyberArk mobile app to access this application.

https://docs.cyberark.com/wpm/latest/en/content/userportal/enabletotp.htm



https://docs.cyberark.com/wpm/latest/en/content/videos/video-library-users.htm



https://docs.cyberark.com/identity/latest/en/content/userportal/multiauth.htm

## Use the Mobile Authenticator

CyberArk Identity uses your device notification service to send your device a passcode when you choose Mobile Authenticator as your additional authentication method. You can use either the passcode or the CyberArk Identity mobile app to complete the authentication process.

You must have the "Show notifications" device setting enabled to use your device notification for authentication. If this feature is not turned on, you use the CyberArk Identity mobile app to authenticate with Mobile Authenticator.

https://docs.cyberark.com/identity/latest/en/content/userportal/mobileauth.htm

As shown below, when the user registers for two-factor authentication, the accused product, i.e., the service provider, requests an authentication service to register the user using its

<table>
<tr>
<td></td>
<td>

information such as email, phone number, etc. The authentication service registers the user and generates an identifier (e.g., authentication service identifier) and a URI with a secure key (e.g., one-time password). The authentication service stores the secure key along with the identifier (e.g., authentication service identifier) generated for the user. The user stores the secure key received through the URI, using an authenticator application.

Further, when the user wants to log in to the platform of the accused product, i.e., the service provider, it provides an authentication code derived from the secure key (e.g., one-time password) along with its login credentials. The service provider verifies the login credentials and forwards the authentication code to the authentication service. The authentication service checks the authentication code derived from the secure key and verifies it against the stored secure key for the user. The authentication service informs the service provider of the validation results, and upon confirmation, provides the identifier (e.g., authentication service identifier) stored for the user. The service provider, upon receiving the confirmation response, grants access to the user.

</td>
</tr>
</table>



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

- **Authentication Server:** Manages user accounts and validates credentials

- **TOTP Generator Service:** Handles time-based code generation and validation

- **Client Application:** Simulates the authenticator app experience

- **Database Layer:** Stores user data and connection information securely

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

**User Registration and Secret Generation**

When a user creates an account, several important security measures are put in place:

```
var realUser = new User
{
    Email = user.Email,
    Password = user.Password,
    Name = user.Name,
    ActivationKey = Base32Encoding.ToString(KeyGeneration.GenerateRandomKey(20))
    Active = 1,
    SignedIn = 0,
    SignedInValidated = 0
};
```

client moniker

Password

The `ActivationKey` is the cornerstone of our 2FA system. This randomly generated 20-byte key serves as the shared secret between our server and the user's authenticator app. Both sides use this same key to generate identical TOTP codes, ensuring synchronization.

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



Creating a new connection

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c



https://www.twilio.com/docs/authy/api



https://www.twilio.com/docs/authy/api



Stage 1 - User enables two-step authentication service

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/

## Stage 1

Steps 1 and 2: Bob opens the web page to enable two-step verification. The front end requests a secret key. The authentication service generates the secret key for Bob and stores it in the database.

Step 3: The authentication service returns a URI to the frontend. The URI is composed of a key issuer, username, and secret key. The URI is displayed in the form of a QR code on the web page.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-

authenticators-work/

## Stage 2

Steps 1 and 2: Bob wants to log into a website with Google two-step verification. For this, he needs the password. Every 30 seconds, Google Authenticator generates a 6-digit password using the TOTP (Time-based One Time Password) algorithm. Bob uses the password to enter the website.

Steps 3 and 4: The frontend sends the password Bob enters to the backend for authentication. The authentication service reads the secret key from the database and generates a 6-digit password using the same TOTP algorithm as the client.

Step 5: The authentication service compares the two passwords generated by the client and the server, and returns the comparison result to the frontend. Bob can proceed with the login process only if the two passwords match.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/